RECEIVED
OCT 18 2010
OFFICE OF THE BANKRUPTCY JUDGE
ALBANY, NY

RECEIVED
OCT 18 2010
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

RECEIVED & FILED
OCT 18 2010
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE:                                    CASE NO.: 09-13355-rel

Eric D. Crisler and Cheryl P. Crisler and,   Chapter: 13

            DEBTORS.     JUDGE: ROBERT E. LITTLEFIELD, JR.
------------------------------------------------------X

## EX-PARTE ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the Application (the "Application") of U.S. Bank, NA (the "Movant"), through its attorneys, Rosicki, Rosicki & Associates, P.C., for relief from the automatic stay, and

On or about June 18, 2010 an Order Conditionally Granting Relief from Stay was signed by the Hon. Robert E. Littlefield, Jr. (the "Conditional Order"), and

The Debtors having defaulted in making the required payments pursuant to the terms of the Conditional Order, and

A Notice to Cure having been issued by Movant pursuant to the terms of the Conditional Order and

The Debtors having failed to timely cure the default set forth in the Notice to Cure, and

Upon the Affirmation of NonCompliance filed herewith, it is therefore, hereby

**ORDERED** that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d) (1) as to Movant, it`s successors and/or assigns` lien interest in the property known as 37 Pine Street, Hudson Falls, NY 12839, and it is further,

**ORDERED** that the Movant shall immediately provide an accounting to the Trustee of any surplus monies realized, and it is further

**ORDERED** that the stay invoked pursuant to F.R.B.P. 4001 (a) (3) is waived and this order is effective upon the signing of this order.

**ORDERED** that the stay invoked pursuant to F.R.B.P. 4001 (a) (3) is waived and this order is effective upon the signing of this order.

Dated: OCT 1 8 2010, 2010
Albany, New York

_____
Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Judge